# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GERALD P. CARMODY, et al.,          :

    Plaintiffs,                         :          Case No. 3:11CV243

    -vs-                                :          Magistrate Judge Sharon L. Ovington

IBEW LOCAL 82 PENSION PLAN, et al., :

    Defendants.                         :

## ORDER OF TRANSFER FOR MEDIATION

    With his consent, the above-captioned action is hereby transferred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation. Magistrate Judge Newman shall have full authority to conduct the mediation and shall report whether or not it has resulted in settlement of this case.

June 13, 2012                                         s/Sharon L. Ovington
                                                                           Sharon L. Ovington
                                                            United States Magistrate Judge