UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GERALD P. CARMODY, *et al.*,

　　Plaintiffs,

vs　　　　　　　　　　　　　　　　　　Civil Action No. 3:11-cv-243

IBEW LOCAL 82 PENSION PLAN, *et al.*,　　Judge Timothy S. Black

　　Defendants.

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Newman that this civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Date: 6/29/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Timothy S. Black
　　　　　　　　　　　　　　　　　　United States District Judge